## CYRUS GRIFFIN *v*. COMMISSIONER
## OF CORRECTION
## (AC 35271)

Lavine, Beach and Sheldon, Js.

Submitted on briefs January 7—officially released January 28, 2014

Per Curiam. The appeal is dismissed.